# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

OMIX-ADA, INC.,

      Plaintiff,

v.

REV WHEEL, LLC, DV8
OFFROAD, OE WHEELS DIRECT,
KO OFFROAD and OFFROAD
WORKS,

      Defendants.

CIVIL ACTION FILE

NO. 1:16-cv-3962-MHC

## ORDER

The parties have notified the Court that they have settled this case. The Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file the proposed consent judgment and injunction upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED** this 28th day of February, 2017.

MARK H. COHEN
United States District Judge